IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: October 21, 2009



_____
Honorable James E. Shapiro
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: | CASE NO. 08-29929-JES |
| TERRANCE PATRICK CASEY and<br>SHEILA A. CASEY | CHAPTER 7<br>Previously Chapter 13 |
| Debtors. | |

ORDER REGARDING AMEND MOTION FOR ABANDONMENT BY
U.S. BANK NATIONAL ASSOCIATION

Pursuant to the Amended Motion for Abandonment filed by U.S. Bank National Association (hereinafter "Creditor"), on September 2, 2009, and based upon the hearing held on October 8, 2009, and the record contained herein,

---

Janine L. Collette, Esq.
Attorneys for U.S. Bank, N.A.
Kohner, Mann & Kailas, S.C.
Washington Building
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
Email: jcollette@kmklawfirm.com

it is hereby ORDERED:

1. That, Creditor's Motion for Abandonment is denied; however, Abandonment shall be effective upon the confirmation of Sheriff's sale of the subject real property (the "Collateral"); and

2. That, if there is a surplus from the sale of the real property in excess of, first, the secured liens on the Collateral and second, the Debtors' exemption, the excess surplus becomes property of the Bankruptcy Estate being administered by the Chapter 7 Trustee, Michael P. Maxwell for the distribution of proceeds.

#####

W:\FORECLOSURE\BANKRUPTCY\Ch 7\Ros Order.doc