IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: February 25, 2010



_____
Honorable James E. Shapiro
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re:

Terrance P. Casey and Sheila A. Casey,    Chapter 7 Proceedings
                                          Case No. 08-29929-JES
Debtors.

---

ORDER GRANTING DEBTOR'S RENEWED MOTION TO
COMPEL TRUSTEE'S ABANDONMENT OF PROPERTY

---

The debtor's renewed motion compelling the Trustee's abandonment of property having come on for hearing on the 24th day of February, 2010; and the Court having noted the appearances of Todd C. Esser, appearing as attorney for the debtor, Sheila Casey and Michael P. Maxwell, appearing as the Chapter 7 Trustee and based upon the records contained herein,

ITS IS HEREBY ORDERED as follows:

1. That the debtor's renewed motion compelling the Trustee's abandonment of real property is granted subject to the condition that if there is surplus from the sale of the real property

Todd C. Esser & Associates
11805 West Hampton Avenue
Milwaukee, WI 53225
Telephone (414) 461-7000
Facsimile (414) 461-8860

in excess of, the secured liens on the collateral, real estate taxes, broker commission or any other costs of closing and the Debtors' homestead exemption, the excess surplus becomes property of the Bankruptcy Estate being administered by the Chapter 7 Trustee, Michael P. Maxwell for the distribution of proceeds.

     2.     That based upon the Trustee's withdrawal of his objection to the debtor's claimed exemptions, the debtor's exemption of the Sub Zero Refrigerator and Dacor Range is allowed.

#####